Augusta Martin, Appellee, v. Leslie Martin, Appellant.

Gen. No. 44,058. 

 opinion filed December 17, 1947; modified and rehearing denied January 9, 1948; released for publication January 9, 1948. Henry W. Kenoe and Raphael Fine, for appellant; Thomas A. Green and Hugh E. Johnson, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

Paul Dittmann, Appellee, v. Westfield Homes, Inc., Appellant.

Gen. No. 44,075. 

 opinion filed December 17, 1947; released for publication January 9, 1948. Whitty & McGah, for appellant; Arthur W. Kennelly, of counsel; no appearance for appellee. Opinion by JUSTICE KILEY. Not to be published in full.